UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hopi Tribe, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br>  Defendants. | Civil Action No. 1:17-cv-02590 (TSC) |
| Utah Diné Bikéyah, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br>  Defendants. | Civil Action No. 1:17-cv-02605 (TSC) |
| Natural Resources Defense Council, Inc., *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> Donald J. Trump, *et al.*, <br><br>  Defendants. | Civil Action No. 1:17-cv-02606 (TSC) <br><br> **CONSOLIDATED CASES** |

**OPPOSITION OF PLAINTIFFS
NATURAL RESOURCES DEFENSE COUNCIL, ET AL.,
TO DEFENDANTS' MOTION TO TRANSFER**

Plaintiffs in *Natural Resources Defense Council v. Trump* oppose Defendants' motion to transfer (ECF No. 18). Consistent with the Court's direction at the January 31 status conference to avoid duplicative briefing, NRDC Plaintiffs hereby incorporate by reference the opposition briefs submitted by Plaintiffs in *Hopi Tribe v. Trump*, No. 17-cv-02590-TSC (D.D.C. Feb. 1, 2018) (ECF No. 26); *Utah Diné Bikéyah v. Trump*, No. 17-cv-02605-TSC (D.D.C. Feb. 1, 2018) (ECF No. 27); and *The Wilderness Society v. Trump*, No. 17-cv-02587-TSC (D.D.C. Feb. 1, 2018) (ECF No. 20). Defendants filed substantively identical transfer motions in all these cases, and the Plaintiffs' arguments against transfer apply with equal force here.

In particular, Plaintiffs in the instant case have significant ties to the District of Columbia: seven Plaintiffs in this case are headquartered or maintain offices in this District. *See* Compl. ¶ 15 (Dec. 7, 2017) (ECF No. 1) ("National Parks Conservation Association, The Wilderness Society, and Defenders of Wildlife reside in Washington, D.C., and Plaintiffs Natural Resources Defense Council, Southern Utah Wilderness Alliance, Sierra Club, and Center for Biological Diversity maintain offices in Washington, D.C."). Plaintiffs' decision to litigate their claims here is therefore entitled to "substantial deference." *The Wilderness Soc'y v. Babbitt*, 104 F. Supp. 2d 10, 14-15 (D.D.C. 2000).

The other private- and public-interest factors also favor retaining the case in Plaintiffs' chosen forum. Defendants' motion to transfer should be denied.

Dated: February 1, 2018            Respectfully submitted,

/s/ *Sharon Buccino*
Sharon Buccino (D.C. Bar No. 432073)

1

Jacqueline M. Iwata (D.C. Bar No. 1047984)
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, D.C. 20005
Tel.: (202) 289-6868
Fax: (415) 795-4799
E-mail: sbuccino@nrdc.org
E-mail: jiwata@nrdc.org

Katherine Desormeau
Ian Fein
Michael E. Wall
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Tel.: (415) 875-6158
Fax: (415) 795-4799
E-mail: kdesormeau@nrdc.org
E-mail: ifein@nrdc.org
E-mail: mwall@nrdc.org
*Counsel for Natural Resources Defense Council*

/s/ *James Pew*
James Pew (D.C. Bar No. 448830)
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, D.C. 20036
Tel.: (202) 667-4500
Fax: (202) 667-2356
Email: jpew@earthjustice.org

Heidi McIntosh (admitted *pro hac vice*)
Yuting Yvonne Chi (admitted *pro hac vice*)
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Tel.: (303) 623-9466
Fax: (303) 623-8083
E-mail: hmcintosh@earthjustice.org
E-mail: ychi@earthjustice.org

*Counsel for National Parks Conservation Association; The Wilderness Society; Grand*

2

*Canyon Trust; Great Old Broads for Wilderness; Western Watersheds Project; Sierra Club; Center for Biological Diversity; WildEarth Guardians; and Defenders of Wildlife*

/s/ *Stephen H.M. Bloch*
Stephen H.M. Bloch (admitted *pro hac vice*)
Landon C. Newell
Laura E. Peterson
Southern Utah Wilderness Alliance
425 East 100 South
Salt Lake City, UT 84111
Tel: (801) 486-3161
Fax: (801) 486-4233
E-mail: steve@suwa.org
E-mail: landon@suwa.org
E-mail: laura@suwa.org
*Counsel for Southern Utah Wilderness Alliance*